```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE J03-0012--CV (RRB)
                      "LAWRENCE A. MCMASTERS V KINGFISHER CHARTERS E"

                  Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 07/23/03
            Closed: 10/19/04

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (2) Citizen of Another State
     DEF Diversity: (4) Incorporated or Principal Place of Business in This State

    Nature of Suit: (340) Marine
                    28 USC 1391(B)
            Origin: (1) Original Proceeding
            Demand: 99999
        Filing fee: Paid $150.00 on 07/23/03 receipt # 10096686
          Trial by: Jury
```

| Parties of Record: | Counsel of Record: |
|---|---|
| PLF 1.1    MCMASTERS, LAWRENCE A. | Michael B. Damen<br>Bright & Powell<br>4299 Carpinteria Avenue, #200<br>Carpinteria, CA 93013<br>805-684-8480<br>FAX 805-684-3975 |
| DEF 1.1    KINGFISHER CHARTERS LLC | Laura L. Farley<br>Farley & Graves<br>3003 Minnesota Drive, Suite 300<br>Anchorage, AK 99503<br>907-274-5100<br>FAX 907-274-5111 |
| DEF 2.1    ROESCH, JAMES | Laura L. Farley<br>(see above) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE J03-0012--CV (RRB)
                          "LAWRENCE A. MCMASTERS V KINGFISHER CHARTERS E"

                                       For all filing dates
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
            Filed: 07/23/03
           Closed: 10/19/04

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (2) Citizen of Another State
     DEF Diversity: (4) Incorporated or Principal Place of Business in This State

    Nature of Suit: (340) Marine
                    28 USC 1391(B)
            Origin: (1) Original Proceeding
            Demand: 99999
        Filing fee: Paid $150.00 on 07/23/03 receipt # 10096686
          Trial by: Jury


 Document #   Filed      Docket text
 ----------   --------   ------------------------------------------------------------

      1 -  1  07/23/03   Complaint filed; Summons issued for Def 1.

      2 -  1  07/23/03   PLF 1 Application re: non-resident attorney M.B. Damen w/att decl.

  NOTE -  1  07/25/03   Issued: Summons re: D-2; reissue summons re: D-1.

      3 -  1  07/25/03   PLF 1 Jury Demand.

      4 -  1  07/31/03   RRB Order granting application of non-resident attorney Michael B. Damen
                         permission to appear and participate as counsel of record for plaintiff.
                         cc: cnsl

      5 -  1  09/25/03   RRB Minute Order re: plf is required to take action as to failure to
                         serve.  Plf to file proofs of service so as to comply with Rule 4(m),
                         FRCP.  cc: cnsl

      6 -  1  10/20/03   RRB Minute Order re: plf is required to take action as to dismissal for
                         failure to serve (Warning).  Any def as to whom proof of service is not
                         on file by 120 days from the filing of the complaint will be dismissed
                         pursuant to Rule 4(m), FRCP.  cc: cnsl

      7 -  1  11/13/03   PLF 1 Return of Service Executed 10/25/03 on Def 1.

      8 -  1  11/13/03   PLF 1 Return of Service Executed 10/25/03 on Def 2.

      9 -  1  11/14/03   DEF 1-2 Attorney Appearance by L. Farley.

     10 -  1  11/20/03   DEF 1-2 Answer to Complaint.

     11 -  1  11/20/03   DEF 1-2 Jury Demand.

     12 -  1  11/24/03   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/i 28 days from svc of this order.  cc: cnsl

     13 -  1  12/18/03   DEF 1-2 Report re: Initial case status report.

     14 -  1  12/24/03   RRB Scheduling and Planning Order setting pretrial deadlines: Original
                         discovery 11/01/04; Dispositive motions deadline 12/20/04; Estimate of
```

```
┌──────────────────────────────────────────────────────────────────────────┐
│              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA     │
│                  CIVIL DOCKET ENTRIES FOR CASE J03-0012--CV (RRB)        │
│                  "LAWRENCE A. MCMASTERS V KINGFISHER CHARTERS E"         │
├──────────────────────────────────────────────────────────────────────────┤
│                            For all filing dates                          │
└──────────────────────────────────────────────────────────────────────────┘
```

| Document # | Filed | Docket text |
|---|---|---|
| | | trial 10 days. cc: cnsl |
| 15 - 1 | 01/12/04 | DEF 1-2 [Preliminary] Witness List. |
| 16 - 1 | 09/17/04 | DEF 1-2 Unopposed motion extending discovery and expert reports. |
| 17 - 1 | 09/24/04 | RRB Order granting unopposed motion extending discovery and expert reports. (16-1) & setting the following dates: Discovery to close 12/31/04; Dispositive motions deadline 02/18/05. cc: cnsl |
| 18 - 1 | 10/01/04 | DEF 1-2 Final Witness List. |
| 19 - 1 | 10/18/04 | Stipulation to dismiss with prejudice, each party to bear their own atty fees and costs pursuant to FRCP 41(a)(1)(ii). |
| 19 - 2 | 10/19/04 | Order granting stipulation to dismiss with prejudice, each party to bear their own atty fees and costs pursuant to FRCP 41(a)(1)(ii) (19-1). cc; cnsl |